**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHINE ANTHONY LIVINGSTON,        )
           )
    Plaintiff,         )
           )
v.           )     Civil Action No.: 1:26-cv-1976
           )
ROSE PAVING, LLC        )
           )
COSTCO WHOLESALE CORPORATION,   )
           )
    Defendants.       )

**ANSWER**

COSTCO WHOLESALE CORPORATION, by counsel, for its Answer to Plaintiff's

Complaint, states as follows:

**JURISDICTION**

1.     Paragraph 1 of Plaintiff's Complaint contains a statement of law, which requires

no response. To the extent a response is required, Costco denies any allegation contained in

Paragraph 1 of Plaintiff's Complaint that is inconsistent with the law of the District of Columbia.

2.     Paragraph 2 of Plaintiff's Complaint contains a statement of law, which requires

no response. To the extent a response is required, Costco denies any allegation contained in

Paragraph 2 of Plaintiff's Complaint that is inconsistent with the law of the District of Columbia.

**PARTIES**

3.     Upon information and belief, Costco admits the allegations contained in

Paragraph 3 of Plaintiff's Complaint.

4.     Upon information and belief, Costco admits the allegations contained in

Paragraph 4 of Plaintiff's Complaint.

5.       Costco admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

6.       Costco admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

## FACTS

7.       Costco incorporates its responses to Paragraphs 1 through 6 of Plaintiff's Complaint as if stated here verbatim.

7.[sic]  Upon information and belief, Costco admits the allegations contained in Paragraph 7[sic] of Plaintiff's Complaint.

8.[sic]  Upon information and belief, Costco admits the allegations contained in Paragraph 8[sic] of Plaintiff's Complaint.

9.[sic]  Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 9[sic] of Plaintiff's Complaint, and therefore denies them.

10.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 10[sic] of Plaintiff's Complaint, and therefore denies them.

11.[sic] Costco denies the allegations contained in Paragraph 11[sic] of Plaintiff's Complaint.

12.[sic] Costco denies the allegations contained in Paragraph 12[sic] of Plaintiff's Complaint.

13.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 13[sic] of Plaintiff's Complaint, and therefore denies them.

14.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 14[sic] of Plaintiff's Complaint, and therefore denies them.

15.[sic] Costco denies the allegations contained in Paragraph 15[sic] of Plaintiff's Complaint.

16.[sic] Costco denies the allegations contained in Paragraph 16[sic] of Plaintiff's Complaint.

17.[sic] Costco denies the allegations contained in Paragraph 17[sic] of Plaintiff's Complaint.

18. [sic] Costco denies the allegations contained in Paragraph 18[sic] of Plaintiff's Complaint.

19.[sic] Costco denies the allegations contained in Paragraph 19[sic] of Plaintiff's Complaint.

20.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 20[sic] of Plaintiff's Complaint, and therefore denies them. Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

21.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 21[sic] of Plaintiff's Complaint, and therefore denies them. Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

22.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 22[sic] of Plaintiff's Complaint, and therefore

denies them. Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

23.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 23[sic] of Plaintiff's Complaint, and therefore denies them. Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

24.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 24[sic] of Plaintiff's Complaint, and therefore denies them. Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

25.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 25[sic] of Plaintiff's Complaint, and therefore denies them. Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

26.[sic] Costco is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 26[sic] of Plaintiff's Complaint, and therefore denies them. Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

27.[sic] **BLANK**

### <u>COUNT I – NEGLIGENCE</u>
**(Against Defendant Rose Paving, LLC)**

28.[sic] Costco incorporates its responses to Paragraphs 1 through 27[sic] of Plaintiff's Complaint as if stated here verbatim.

29.[sic] Paragraph 29[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

30.[sic] Paragraph 30[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

31.[sic] Paragraph 31[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

32.[sic] Paragraph 32[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

33.[sic] Paragraph 33[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

34.[sic] Paragraph 34[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

35.[sic] **BLANK**

### COUNT II – PREMISES LIABILITY
**(Against Defendant Costco Wholesale Corporation and Defendant Rose Paving, LLC)**

36.[sic] Costco incorporates its responses to Paragraphs 1 through 35[sic] of Plaintiff's Complaint as if stated here verbatim.

37.[sic] Paragraph 37[sic] of Plaintiff's Complaint contains a statement of law which requires no response from Costco. To the extent a response is required, Costco denies any allegation contained in Paragraph 37[sic] of Plaintiff's Complaint that is inconsistent with the law of the District of Columbia.

38.[sic] Costco denies the allegations contained in Paragraph 38[sic] of Plaintiff's Complaint.

39.[sic] Costco denies the allegations contained in Paragraph 39[sic] of Plaintiff's Complaint.

40.[sic] Costco denies the allegations contained in Paragraph 40[sic] of Plaintiff's Complaint.

41.[sic] Costco denies the allegations contained in Paragraph 41[sic] of Plaintiff's Complaint.

## COUNT III – NEGLIGENT DESIGN AND INSTALLATION
### (Against Defendant Rose Paving, LLC)

42.[sic] Costco incorporates its responses to Paragraphs 1 through 41[sic] of Plaintiff's Complaint as if stated here verbatim.

43.[sic] Paragraph 43[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

44.[sic] Paragraph 44[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

45.[sic] Paragraph 45[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

46.[sic] Paragraph 46[sic] of Plaintiff's Complaint is not directed at Costco and therefore no response from Costco is required.

## AFFIRMATIVE DEFENSES

1.    Costco specifically denies any allegation contained in Plaintiff's Complaint not specifically admitted herein.

2.    Costco denies it was guilty of any act or omission that proximately caused Plaintiff's alleged injuries or damages.

6

3. Costco denies it breached any duty it owed or may have owed to Plaintiff that proximately caused Plaintiff's alleged injuries or damages.

4. Costco denies it owes Plaintiff any sum or that Plaintiff has been injured or damaged to the extent alleged.

5. Plaintiff's injuries and damages, if any, were caused by the acts or omissions of another over whom Costco exercised no authority or control.

6. Plaintiff's contributory negligence precludes his recovery.

7. Plaintiff failed to exercise reasonable care for his own safety.

8. Plaintiff failed to mitigate his damages.

9. Costco reserves the right to assert at trial all properly provable defenses as may appear upon discovery or trial.

WHEREFORE, COSTCO WHOLESALE CORPORATION, by counsel, denies it is liable to Plaintiff in any amount whatsoever and moves that this action against it be dismissed, it be awarded its costs and fees for defending this matter, and for all further relief this Court deems appropriate and just.

A trial by jury is requested.

Respectfully submitted,

COSTCO WHOLESALE CORPORATION

7

By: /s/ Megan N. Watson, Esq.
James M. Snyder (Bar ID: VA197)
Megan N. Watson (Bar ID: VA198)
MCCANDLISH HOLTON, PC
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3892 – (Snyder)
(804) 775-3863 – (Watson)
(804) 775-3800 – Facsimile
jsnyder@lawmh.com
mwatson@lawmh.com
*Counsel for Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2026, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF), to

the following:

Archie L. Rich, II (D.C. Bar No. 471754)
LawMD, Chtd.
1250 I Street, NW, Suite 903
Washington, DC 20005
(202) 529-9379 – Telephone
(202) 506-6167 – Facsimile
arich@lawmd.com
*Counsel for Plaintiff*

Michael L. Pivor (D.C. Bar No. 500911)
1776 Eye Street, NW
6th Floor
Washington, DC 20006
(202) 712-7000 – Telephone
(202) 712-7100 – Facsimile
mpivor@kiernantrebach.com
*Counsel for Defendant Rose Paving, LLC*

By: /s/ Megan N. Watson, Esq.
Megan N. Watson (Bar ID: VA198)
MCCANDLISH HOLTON, PC

8